# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANELLE FERRELL and UMAR A. AHMAD,<br>        Plaintiff,<br><br>    v.<br><br>COMMUNITY MANAGEMENT SERVICES, LLC,<br>        Defendant | )<br>)<br>)<br>)<br>) **Case No.: 1:10-cv-205-SLR**<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal of the above action with prejudice without cost to either party.


/S/ Charles J. Brown, III                           /S/ W. Christopher Componovo
Charles J. Brown, III, Esquire                 W. Christopher Componovo, Esquire
Attorney ID: 3368                                   Attorney ID: 3234
Attorney for Defendant                         Attorney for the Plaintiff


Date: November 1, 2011                         Date: November 1, 2011


BY THE COURT:

_____
                                                                  J.